Thomas P. Riley, SBN 194706
LAW OFFICES OF THOMAS P. RILEY, P.C.
First Library Square
1114 Fremont Avenue
South Pasadena, CA 91030-3227

Tel:  626-799-9797
Fax: 626-799-9795

Attorney for Plaintiff
J & J Sports Productions, Inc.

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| J & J SPORTS PRODUCTIONS, INC., | Case No. CIV. S-10-3037 FCD DAD |
|---|---|
| Plaintiff, | ORDER |
| vs. | |
| EDITH SILVINA SALCEDO, et al., | |
| Defendants. | |

## ORDER

The above-entitled action is hereby stayed as to defendant Edith Silvina Salcedo, individually and d/b/a Silvinas Basket, *only*, pending disposition of Plaintiff's claims against this particular defendant in bankruptcy.

**IT IS SO ORDERED.**

Dated:  May 23, 2011

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE