IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

J & J SPORTS PRODUCTIONS, INC.,

      Plaintiff,                      No. CIV S-10-3037 FCD DAD

      vs.

EDITH SILVINA SALCEDO and
MARIA TERESA SALCEDO,
INDIVIDUALLY and d/b/a
SILVINA'S BASKET,

                                  ORDER

      Defendants.
_____/

      The matter was referred to a United States Magistrate Judge pursuant to Local Rule 302(c)(19).

      On June 20, 2011, the magistrate judge filed findings and recommendations herein which were served on plaintiff and on defendant Maria Teresa Salcedo which contained notice that any objections were to be filed within fourteen days after the filing of the findings and recommendations.  No objections to the findings and recommendations have been filed.

      The court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis.

/////

/////

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed June 20, 2011 (Doc. No. 15) are adopted in full; and

2. Plaintiff's April 5, 2011 motion for default judgment (Doc. No. 9) is denied without prejudice as premature.

DATED: July 14, 2011.

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE