IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

```
J & J SPORTS PRODUCTIONS, INC.,   )
                                  )    2:10-cv-03037-GEB-DAD
          Plaintiff,              )
                                  )
     v.                           )    ORDER
                                  )
EDITH SILVINA SALCEDO and MARIA   )
TERESA SALCEDO, Individually and  )
d/b/a SILVINA'S BASKET,           )
                                  )
          Defendants.             )
_____  )
```

Since Defendant Maria Teresa Salcedo is proceeding in *pro per*, this case is referred to the assigned magistrate judge under Local Rule 302(c)(21).

Dated:  September 1, 2011

_____
GARLAND E. BURRELL, JR.
United States District Judge

1