IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| J & J SPORTS PRODUCTIONS, INC., | |
| Plaintiff, | 2:10-cv-03037-GEB-DAD |
| v. | ORDER |
| EDITH SILVINA SALCEDO and MARIA TERESA SALCEDO, Individually and d/b/a SILVINA'S BASKET, | |
| Defendants. | |

Since Defendant Maria Teresa Salcedo is proceeding in *pro per*, this case is referred to the assigned magistrate judge under Local Rule 302(c)(21).

Dated: September 1, 2011

_____
GARLAND E. BURRELL, JR.
United States District Judge