1

2

3

4

5

6

7

8                       IN THE UNITED STATES DISTRICT COURT

9                    FOR THE EASTERN DISTRICT OF CALIFORNIA

10   J & J SPORTS PRODUCTIONS, INC.,

11            Plaintiff,                    No. CIV S-10-3037 GEB DAD PS

12        vs.

13   EDITH SILVINA SALCEDO and          ORDER SETTING STATUS
     MARIA TERESA SALCEDO,              (PRETRIAL SCHEDULING)
14   INDIVIDUALLY and d/b/a             CONFERENCE
     SILVINA'S BASKET,

15
              Defendants.

16   _____/

17            Defendant Maria Salcedo is proceeding pro se.  The action has therefore been

18   referred to the undersigned pursuant to Local Rule 302(c)(21) for all purposes encompassed by

19   that rule.

20            Pursuant to the provisions of Rule 16 of the Federal Rules of Civil Procedure, IT

21   IS ORDERED that:

22            1.  A Status (Pretrial Scheduling) Conference is set for **Friday, January 13, 2012,**

23   **at 10:00 a.m.**, at the United States District Court, 501 I Street, Sacramento, California, in

24   Courtroom No. 27, before the undersigned.

25            2.  Each party is required to appear at the Status Conference, either by counsel or,

26   if proceeding in propria persona, on her own behalf.  Any party may appear at the status

1

conference telephonically <u>if</u> the party pre-arranges such appearance by contacting Pete Buzo, the courtroom deputy of the undersigned magistrate judge, at (916) 930-4128, <u>no later than 48 hours before the Status (Pretrial Scheduling) Conference</u>; a land line telephone number must be provided.

3.  Plaintiff shall file and serve his own separate status report on or before **December 30, 2011,** and the pro se defendant shall file and serve her own separate status report on or before **January 6, 2012**.  Each party's status report shall address all of the following matters:

a.  Progress of service of process;

b.  Possible joinder of additional parties;

c.  Possible amendment of the pleadings;

d.  Jurisdiction and venue;

e.  Anticipated motions and the scheduling thereof;

f.  Anticipated discovery and the scheduling thereof, including disclosure of expert witnesses;

g.  Future proceedings, including the setting of appropriate cut-off dates for discovery and for law and motion, and the scheduling of a final pretrial conference and trial;

h.  Modification of standard pretrial procedures specified by the rules due to the relative simplicity or complexity of the action;

i.  Whether the case is related to any other case, including matters in bankruptcy;

j.  Whether the parties will stipulate to the magistrate judge assigned to this matter acting as settlement judge, waiving any disqualification by virtue of his so acting, or whether they prefer to have a Settlement Conference before another magistrate judge;

k.  Whether the parties intend to consent to proceed before a United States Magistrate Judge; and

2

1    l.    Any other matters that may aid in the just and
expeditious disposition of this action.

2

3    4.  The parties are cautioned that failure to file a status report or failure to appear

4    at the status conference may result in an order imposing an appropriate sanction.  See Local

5    Rules 110 and 183.

6    DATED: November 8, 2011.

7

8    _____

9    DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

10   DAD:6
Ddad1\orders.prose\jjsp-salcedo3037.ossc

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26