IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| J & J SPORTS PRODUCTIONS, INC., </br></br>        Plaintiff, </br></br>   v. </br></br>EDITH SILVINA SALCEDO, and MARIA TERESA SALCEDO, invidually and d/b/a SILVINAS BASKET, </br></br>        Defendants. | 2:10-03037-GEB-AC </br></br> ORDER GRANTING PLAINTIFF'S MOTION TO DISMISS |

On March 15, 2013, Plaintiff filed a Motion to Dismiss under Federal Rule of Civil Procedure 41(a)(2), in which it seeks an order "voluntarily dismissing Plaintiff's Complaint against [all defendants]." (Pl.'s Mot. to Dismiss 1:21-26, ECF No. 33.)

Plaintiff's voluntary dismissal motion is granted. This case shall be closed.

Dated: March 20, 2013

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge

1