IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| J & J SPORTS PRODUCTIONS, INC., ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> EDITH SILVINA SALCEDO, and MARIA ) <br> TERESA SALCEDO, invidually and ) <br> d/b/a SILVINAS BASKET, ) <br> ) <br> Defendants. ) <br> _____ ) | 2:10-03037-GEB-AC <br><br> ORDER GRANTING PLAINTIFF'S <br> MOTION TO DISMISS |

On March 15, 2013, Plaintiff filed a Motion to Dismiss under Federal Rule of Civil Procedure 41(a)(2), in which it seeks an order "voluntarily dismissing Plaintiff's Complaint against [all defendants]." (Pl.'s Mot. to Dismiss 1:21-26, ECF No. 33.)

Plaintiff's voluntary dismissal motion is granted. This case shall be closed.

Dated:  March 20, 2013

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge

1